**THE BABCOCK & WILCOX COMPANY, Plaintiff– Appellant,**

v.

**TIDELANDS OIL PRODUCTION COM-PANY, and OIL TECH SERVICES, INC., Defendants–Appellees,**

and

**Thermal Systems International, Inc., Defendant–Appellee.**

No. 01–1375.

United States Court of Appeals, Federal Circuit.

July 6, 2001.

## ORDER

Babcock & Wilcox Company has failed to respond within the time allowed to this Court's order of June 14, 2001, to show cause why its appeal should not be dismissed as premature.

Upon consideration thereof,

IT IS ORDERED THAT:

This appeal is hereby dismissed.